No. 67679.—Devon Trading Co. v. United States, protest 62/12232 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of Abstract 66761, the claim of the plaintiff was sustained.

No. 67680.—Leviant & Co. v. United States, protest 60/18298 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise was of a nature incapable of being marked; that the ultimate purchaser knew the country of origin; that the immediate containers were marked after importation; and that the customs regulations had been complied with, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 6, 1963

No. 67681.—Wm. Kenyon & Sons (Amer.), Ltd. v. United States, protest 283228–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon and cotton transmission rope similar in use to cotton rope and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.